# GARY A. ZUCKER & ASSOCIATES, P.C.

186 JORALEMON STREET
SUITE 1010
BROOKLYN, NEW YORK 11201

GARY A. ZUCKER, J.D.
GUY S. REGEV, M.D., J.D.
DANIEL B. RUBIN, J.D.

TEL. (718) 624-1211
FAX: (718) 624-6037
contact@gazassociates.com

December 21, 2018

Via ECF

Honorable Stewart Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Nieves o/b/o S.Z. v. USA
Docket No.: 18-cv-905 (SDA)

Dear Judge Aaron:

Pursuant to your Order of December 21, 2018, the parties hereby agree that the allocation of the $168,750.00 in Upfront Cash from the settlement of this action is to be allocated in accordance with the proposed Order as follows:

1. $106,609.00 for plaintiff's attorneys fees
2. $1,182.26 payable to plaintiff's attorneys for costs and expenses
3. $798.26 payable to NYC Dep't of Social Services in full satisfaction of the Medicaid lien
4. $25,000.00 payable to Jacqueline Nieves in full settlement of her claim for loss of services
5. $35,160.48 payable to Jacqueline Nieves jointly with an officer of Chase Bank f/b/o S.Z.

Very truly yours,

Gary A. Zucker (GZ-4956)

So Agreed:

Jennifer Jude
AUSA, SDNY