UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JACQUELINE NIEVES on behalf of S.Z., : Case No.: 18 Civ. 905 (SDA)
an infant under the age of 14 years, and :
JACQUELINE NIEVES, individually, : **JOINT STIPULATION AND ORDER**
: **FOR DISMISSAL WITH PREJUDICE**
Plaintiffs, :
:
-against- :
:
THE UNITED STATES OF AMERICA, :
:
Defendant. :
----------------------------------------------------------- x

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a negotiated settlement approved by the Court, hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: January 29, 2019     By: _____
Gary A. Zucker (GZ-4956)
GARY A. ZUCKER & ASSOCIATES, P.C.
Attorneys for Plaintiffs
186 Joralemon Street, Suite 1010
Brooklyn, NY 11201

Dated: January 29, 2019     By: _____
Jennifer Jude
Assistant United States Attorney
Southern District of New York
Attorney for Defendant
86 Chambers Street, 3rd floor
New York, NY 10007

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:

_____
STEWART AARON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT